IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EARL E. HOLT, JR.,               ) | |
|                Plaintiff,     ) | |
|           v.                          ) | Case No. 1:19-cv-116-SPB-RAL |
| PENNSYLVANIA STATE POLICE, ) et al.,                          ) | |
|                Defendants.  ) | |

## MEMORANDUM ORDER

This *pro se* civil rights action was received by the Clerk of Court on April 23, 2019, ECF No. 1, and referred to United States Magistrate Judge Richard A. Lanzillo for report and recommendation ("R&R") in accordance with the Magistrate Judge's Act, 28 U.S.C. §636(b)(1), and the local rules of this Court. In his complaint, filed on June 14, 2019, ECF No. 3, Plaintiff Earl E. Holt, Jr. asserts claims against the Pennsylvania State Police and Pennsylvania Attorney General Josh Shapiro pursuant to 42 U.S.C. §1983. Plaintiff alleges that these Defendants violated his rights under the Fifth, Eighth, and Fourteenth Amendments to the U.S. Constitution by requiring him to register on the Commonwealth's SORNA/Megan's Law sex offender registry.

The Defendants filed a Motion to Dismiss Plaintiff's Complaint on October 31, 2019. ECF No. 19. To date, Plaintiff has failed to respond to the Defendants' motions, notwithstanding the Magistrate Judge's briefing and show cause orders.

On April 2, 2020, the Magistrate Judge filed an R&R recommending that the Defendants' motion to dismiss be granted and the complaint be dismissed without leave to amend. ECF No.

1

25. Objections to the R&R were due on or before April 20, 2020. To date, no objections have been filed.

Accordingly, after *de novo* review of the complaint, moving papers, and other documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 22nd day of April, 2020, IT IS ORDERED that the Defendants' motion to dismiss the complaint, ECF No. [19], shall be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the Plaintiff's complaint shall be, and hereby is, DISMISSED with prejudice and without leave to amend.

AND IT IS ORDERED that the Report and Recommendation of United States Magistrate Judge Richard A. Lanzillo, issued on April 2, 2020, ECF No. [25], shall be, and hereby is, adopted as the Opinion of this Court.

There being no additional claims or matters pending before the Court in the above-captioned case, the Clerk is directed to mark this civil action "CLOSED."

SUSAN PARADISE BAXTER
United States District Judge

cm:   Earl E. Holt, Jr.
      137 West 2nd Street
      Box #82
      Erie, PA 16507
      (via U.S. Mail, First Class)

      Counsel of record
      U.S. Magistrate Judge Richard A. Lanzillo
      (via cm/ecf)